UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLIE PERRIE,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH ALLAN PERRIE,<br><br>    Defendants. | No. 2:14-cv-1872-TLN-EFB<br><br><br><br>ORDER |

On March 21, 2016, the court dismissed plaintiff's first amended complaint without leave to amend and entered judgment accordingly. ECF Nos. 25, 26. On April 18, 2016, plaintiff filed a notice of appeal. ECF No. 27. On May 4, 2016, plaintiff filed a request to proceed *in forma pauperis* on appeal. ECF No. 29.

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Plaintiff submitted a declaration which demonstrates her inability to

pay or to give security for fees and costs. She did not, however, claim entitlement to redress or describe the issues she intends to present on appeal.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 4, 2016 request to proceed *in forma pauperis* on appeal, ECF No. 29, is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and plaintiff is hereby informed that she may file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).

DATED: May 6, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE